UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COMFORT LINE PRODUCTS, INC., a
Florida corporation

        Plaintiff,

v.                              Case No:  2:17-cv-198-FtM-99CM

OCEANTIS LLC and MICHAEL SHAWN
O'BRIEN,

        Defendants.

| Judge: | Sheri Polster Chappell | Counsel for Plaintiff | William E. Noonan David Gallagher |
|---|---|---|---|
| Deputy Clerk: | Leslie M. Friedmann | Counsel for Defendant: | Matthew Alan Linde and Robin Merriman |
| Court Reporter | Lori Bundy | Date/Time | October 24, 2018 09:30 AM |

## Status Conference

Start Time:     9:30 AM        Court convenes.  Court discusses the current posture of the case.

Plaintiff's counsel provides their summary of the status of the case, they are past the discovery deadline and addresses the motion to compel recently filed.

Defense counsel advised the Court of their summary of the status of the case and discovery and discusses the status of the state court matter.

Counsel, David Gallagher, advises the Court as to the summary of the state case and responds to defense counsel's outline of the case.

Court inquires of the counterclaim and other discovery matters, including the issues relating to the state court matter.

Court discussed the option of a settlement conference with the US Magistrate Judge or other mediation.  Defense counsel responds and seeks an extension to the discovery deadline.

After hearing the arguments of counsel, the Court will suspend the dispositive motions deadline of November 1, 2018.  Court instructs the parties to file a joint statement regarding the status of the case and/or mediation by November 2, 2018.

Court adjourned.

End time:  10:03 AM

End time:     \*\*\*Hearing End TE\*\*\*